IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**NOV 16 2020**

JEFFREY P. COLWELL
CLERK

Wallace Goebel F _____, Plaintiff

v.

Larimer Co Sheriffs,

Justin Smith Sheriff,

Capt Deputy Palmer 80325,

LT Bellendair 95041    See Attached, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

---

## PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

Attached
List of Sheriffs Dept. Deffendants
Opening my Legal mail not in my Presents

Deputy's Lydic, Bell, Murphy, Hil and Hill

for mental anguish of Section 9 of the grievance policy to Exhaust all remedies 42 U.S.C. 1997
Inmate Handbook March 2019

Capt Palmer 80325, LT. Schaffar, LT. Fast
LT. Bellendair 95041, SGT Hinton 04025
CPl Simmons 15075, SGT Johnson 13017
SGT Perhm 01315, SGT Harttekker 98028
CPl Sposota 17025, CPl Mahoney 04043
CPl Graham 07007, CPl Sorrecelli 16035
Deputy's Haylett 20010, Perez-lopez
oppie, Gunderson
CPl Williamson

### A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Wallace E Groebel 1935372   2405 Midpoint Dr
(Name, prisoner identification number, and complete mailing address)

FT Collins Co 80525
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

- [X] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other: (*Please explain*) _____

### B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Deputy Hill 18056 ff 2501 Midpoint Dr
(Name, job title, and complete mailing address)
FT Collins Co 80525

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes [X] No (*check one*). Briefly explain:

All incoming Legal Mail is suppose to be opened in front of inmate to insure the integraty of confidentuality

Defendant 1 is being sued in his/her ___ individual and/or ___ official capacity.

2

Defendant 2: __Deputy Murphy 2501 midpoint Dr__
(Name, job title, and complete mailing address)
__Ft Collins Co 80525__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes _X_ No (*check one*). Briefly explain:

__All incoming Mail Legal is suppose to be Opened infront of inmate__

Defendant 2 is being sued in his/her _her_ individual and/or _her_ official capacity.

Defendant 3: __Deputy Lydic 2501 midpoint Dr__
(Name, job title, and complete mailing address)
__Ft Collins Co 80525__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes _X_ No (*check one*). Briefly explain:

__All incoming Legal Mail is suppose to be opened infront of Inmate to insure intejraty__

Defendant 3 is being sued in his/her _his_ individual and/or _his_ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_  42 U.S.C. § 1983 (state, county, and municipal defendants)

___  *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___  Other: (*please identify*) _____

3

D. **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: On 6-23-20 Deputy Murphy

Supporting facts: opened my legal mail not in my presents never said she did it just slid it under my door I felt in an attempt to try not to acknowledge of what ever else could have been done such as copy or read.

Claim 2. Deputy Bell opened my legal mail once he did he came and told me it was an accident and he didn't read it it Date 06-24-2020

Claim 3 Deputy Hill on 9-03-2020 I had to confront him about it He said yes and yes I did. I wrote a level 3 grievance and the 3rd grievance SGT Hinton didn't let it go to the write person Capt. Palmer stopping the grievance back at a Level 1 I've wrote 7 4 of which were suppose to be Level 3 one made it to a Level 2 they are blocking them so I have wrote a Letter of intent to Justin Smith Sheriff 2501 Midpoint Drive Ft Collins Co 80525 and Ralph L Carr 1300 Broadway Denver Co 80203 →

Statement to Claims Additional

Ralph L Carr State Attorney general

Claim 4 Deputy Lydic 09-09-2020 opened my legal mail in the process of This they have told me they can go through any of my mail w/o me any time the want They won't let my grievances go up and Just keep opening my legal mail to file grievances I have been locked down for 24 hrs they have Pulled down their corona masks to intimadate me to stop filing they have had psyc doctors call and ask if I was alright like I'm crazy one told me I need to be in the Pshyc ward the mail process isn't grievable I have atleast a total of 60 grievance documenting all this they also just plain don't except them

### E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes _X_ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): _____

Docket number and court: _____

Claims raised: _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?) _____

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____

### F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

   _X_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

   _X_ Yes ___ No (*check one*)

## G.  REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

I'm attaching my notice of Intent 7 additional pgs Attached Pg 7

## H.  PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

11-11-2020
(Date)

(Form Revised December 2017)

Attached Pg 7

I will be Seeking in the United States District Court for the District of Colorado as Relief

1) That a grand Jury trial be Issued

2) Nominal damages in the Amount of $5 million Dollars against each deffendant

3) Compensary Damages in the Amount $5 Million Dollars Each Claim

4) Punitive Damages in the Amount of $5 million Against Each Deffendant

Each Deffendant Acted in Violation of Colorado State and the United States Constitution and in Violation of My rights

(7)



Wallace Groebel #F19
Inmate
LARIMER COUNTY JAIL
2405 Midpoint Drive
Fort Collins, Colorado 80525

Legal

Clerk of The Court
Alfred A Arraj. US Courthouse
901 19th St Room A105
Denver Co 80294-3589

FP US POSTAGE $000.95°
11/12/2020 First-Class
036B 00118144444 ZIP 80525